# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Mar. 4, 2022
Douglas E. Wedge , Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

**IN RE:**

**Stephen R Schroeder**
  Debtor(s).

Case Number:  21–13346 – SAH
Chapter  7

**Lanny Dean Spencer**
    Plaintiff(s)

  v.

Adv. Number:  22–01015 – SAH

**Stephen R Schroeder**
    Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

### Summons Issued on  Stephen R Schroeder

   YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
   Clerk, U.S. Bankruptcy Court
   Western District of Oklahoma
   215 Dean A. McGee Avenue
   Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Mark B. Toffoli
Gooding Law Firm
204 North Robinson Suite 1235
Oklahoma City, OK 73102

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued:  March 4, 2022

FOR THE COURT
Douglas E. Wedge
Court Clerk

By: s/ Dominique McGee
Deputy Clerk